Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 FEB 28 A 9:25

CLERK _____
SO. DIST. OF GA.

Wesley Vandale Harris
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mr. Timothy C. Ward, Commissioner
Mr. Terry E. Barnard, Chairman
Mr. Stand Shepard, Regional Director
Edward Philbin Warden (A.S.M.P.)
All Care & treatment Staff/Health Services
Administration
_____
Defendant(s) A.S.M.P.
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. CV 121-172
_____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Wesley Vandale Harris
All other names by which you have been known:
ID Number: GDC#1204507 / EF#592203
Current Institution: Augusta State Medical Prison
Address: 3001 Gordon Highway
Grovetown, Georgia 30813
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Timothy C. Ward
Job or Title (if known): Commissioner (Georgia Department of Corrections)
Shield Number:
Employer: Georgia Department of Corrections
Address: 3001 Patrol Road
Forsyth, Georgia 31029
City / State / Zip Code
☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Terry E. Barnard
Job or Title (if known): Chairman (Georgia Board of pardons and Paroles)
Shield Number:
Employer: Georgia Department of Corrections
Address: 3001 Patrol Road
Forsyth, Georgia 31029
City / State / Zip Code
☐ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Stand Shepard
Job or Title (if known): Regional Director
Shield Number:
Employer: Georgia Department of Corrections
Address: 300 Patrol Road
Forsyth / City    Georgia / State    31029 / Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: Edward Philbin
Job or Title (if known): Warden - Augusta State Medical Prison
Shield Number:
Employer: Georgia Department of Corrections
Address: 3001 Patrol Road
Forsyth / City    Georgia / State    31029 / Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Georgia Constitution of 1983 (Paragraph 1 Life, liberty and
XIV Procedural Due Process - Equal Protection (Article 1, section 1) Property
IV Security from unwarrantable Search and Seizure
VII Trial by Jury in civil Case

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Paragraph 1 Life, Liberty, and Property
No person shall be deprived of life liberty, or property except by
XIV "due process of Law." - Equal Protection
Amendment to the U.S. Constitution

Page 3 of 11

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Warden Edward Philbin - Failed to Protect me from Excessive Force on Behalf of Cert Team officers
Deputy Warden Pascal - Fail to do investigation into the theft of my Personal Property

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Illegal Search and Seizure

Excessive Force by way of Prison Guards
Unsafe and Sanitory living Conditions

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Specialized Mental Health treatment Dormitory E-1/11-B-1/11-B-2
Crisis Stabalization Nursing Units 2B - E - 3B

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Georgia Department of Corrections
Augusta State Medical Prison
Between the years 2020/2021/2022

C. What date and approximate time did the events giving rise to your claim(s) occur?

During a long drawed out reaccuring Period of the years 2020/2021/2022/ - exact time can be produced through Incident Reports Date shift logs @ A.S.M.P. during the the Plaihtif Mr. Wesley V. Harris in being housed in 13 Area #1 Area / 2B & 3B /NV

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was beaten Choked and strangled in hand cuffs apon C.S.U. admission.
I was Robbed, Strong Armed, Threatened and intimidated Raped by Gang Members. Subjected to Identity Theft

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was beaten ih the head, and sustained scars too my right hand. Staples were applyed too my head- trough blunt forced trumma. There is documentation trough shift logs and Medical Records and incident Reports I've experianced long term tortuous harm too my Mental Health and State of mind, Deplavation of my Character. etc.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request the Court to order - the G.D.C. to do a thourow investigation into the theft of my Personl Proopesty. I seek monitery award for my Loss, Pain and Suffering and Extended life term- Physical and Mental Health ailments. Caused by Added Stress and agravation. Loss of wages that were to be earned trough my Mail order retail sale of my "Creative Art." work productions.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." *I have filed Severald - unanswered Grievances,*

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   [✓] Yes
   [ ] No

   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

   *Augusta State Medical Prison*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   [✓] Yes
   [ ] No
   [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   [✓] Yes
   [ ] No
   [ ] Do not know

   If yes, which claim(s)? *tortuous heat and frigid tempretures Posionings, Delivery of the wrong medication Delayed Responce time in Answering Grievances and Medical Request/Delibrate Indifferance/ Mail Theft Illeagel Search and Sezuire Excessive Force - by way of prison Gaurds Unsafe and Senitary Living Conditions, Violation of United Nations Standerd Rule of or for the treatment of Prisoners, (the Nelson Mandela Rule)*

<hr />

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Calhoun State Prison
   Augusta State Medical Prison

2. What did you claim in your grievance?

   Unfair treatment and Agravation Caused by Prison Staff. Theft or loss of property.

3. What was the result, if any?

   Investigation was Never Done. Paperwork was discarded and unprocessed.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I've appealed to the Warden, and Exhuasted my Proceduarl Grivance Stater remmidies.

Page 7 of 11

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

NA

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Warden Edward Philben
Deputy Warden Pascal
Srgt. Crite / Unit Manager Mr. C. Brown

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have written Inmate Affairs and Severald Civil Rights aviecte organizations

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I have filed one other claim against Calhoun State Prison, Voluntary Attorney Dismissal - resulting in Conflict of Interest. State Bar against - Plaintiff's former Attorney Case # can be obtained through records.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   The Case was dismissed through eneffective Assistence of Counsel.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-21-2022

Signature of Plaintiff: *Wesley Vandale Harris*
Printed Name of Plaintiff: Wesley Vandale Harris
Prison Identification #: GDC# 1204507 / EF# 592203
Prison Address: Augusta State Medical Prison / 3001 Gordon Hwy; Grovetown, Georgia 30813

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Page 11 of 11

To: U.S. District Court
Clerk

Please Note: this is a second copy of my amended Complaint.

Safety precaution in case of file play of mail theft on behalf on inmates, or corupt prison staff.

Via   In respence to the Courts order. Time lines - of - Processing Procedure.

Wesley V. Harris
A.S, M.P.
2-21-2022



Wesley Vandale Harris
GDC#1204507/EF#599203
Dorm E-1/11-B-1/Cell #204
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, GA. 30813

Clerk, U.S. District Court
Post office Box 1130
Augusta, Georgia 30903