IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WESLEY VANDALE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 121-172 |
| ) | |
| MR. TIMOTHY C. WARD, Commissioner, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES AS MOOT** the motions for default judgment and summary judgment, as well as for subpoenas and preservation of video surveillance, (doc. nos. 13-1, 13-2, 23), **DISMISSES** the case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 16th day of May, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA